ACCEPTED
12-13-00362-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/9/2015 10:12:32 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/9/2015 10:12:32 AM
CATHY S. LUSK
Clerk

April 9, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE: Daniel Johnson v. State
> Appeal Number: 12-13-00362-CR
> Trial Number: 007-1059-13
> Smith County

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Daniel Johnson at his last known address. The attached copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure: Return Receipt Card
Return Envelope

CC: Michael West
Smith County District Attorney's Office

Client

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 2630 0000 4405 3071

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To Daniel W. Johnson TDCJ #01902292
Street, Apt. No.; or PO Box No. Wynne Unit, 810 FM 2821
City, State, ZIP+4 Huntsville, TX 77349

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANIEL JOHNSON
TDCJ #01902292
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TX 77349

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]     ☑ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Gail Thompson                   4.6.15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 2630 0000 4405 3071

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540